**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | ARTI Cabinets, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Wholesale Cabinet Supply |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-3753974 |
| **4.** | **Debtor's address** | **Principal place of business**<br>310 Belfast Lane<br>Pickens, SC 29671<br>Number, Street, City, State & ZIP Code<br>Pickens<br>County<br><br>**Mailing address, if different from principal place of business**<br>11 Fox Ridge Way<br>Taylors, SC 29687<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

Debtor ARTI Cabinets, LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor ARTI Cabinets, LLC
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2026
MM / DD / YYYY

**X** /s/ Scott Cameron Wienert
Signature of authorized representative of debtor

Scott Cameron Wienert
Printed name

Title Manager/Member

**18. Signature of attorney**

**X** /s/ W. Harrison Penn
Signature of attorney for debtor

Date November 6, 2026
MM / DD / YYYY

W. Harrison Penn District ID #11164
Printed name

Penn Law Firm LLC
Firm name

1517 Laurel Street
Columbia, SC 29201
Number, Street, City, State & ZIP Code

Contact phone (803) 771-8836

Email address hpenn@pennlawsc.com

District ID #11164
Bar number and State

# Acknowledgement and General Information for Entities That File Returns Electronically

**2025**

Name(s) as shown on return: ARTI CABINETS LLC

Tax ID Number: **-***3974

Entity address

11 FOX RIDGE WAY

Taylors, SC 29687

**Thank you for participating in IRS e-file.**

1. [X] 2025 7004 income tax return for Federal was filed electronically.
   The electronic filing services were provided by Lisadee Inc .

2. [X] 7004 income tax return was accepted on 03-08-2026 using a Personal Identification Number (PIN) as an electronic signature. The entity entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN signature.
   The submission ID assigned to this return is 5742332026067qpsgaof .

**PLEASE DO NOT SEND A PAPER COPY OF ENTITY'S RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123

**2025**

For calendar year 2025 or tax year beginning , 2025, ending , 20

| | | | | | |
|---|---|---|---|---|---|
| **A** S election effective date: 01-01-2016 | Name: ARTI CABINETS LLC | | | | **D** Employer identification number: 46-3753974 |
| **B** Business activity code number (see instructions): 425120 | Number and street. If a P.O. box, see instructions: 11 FOX RIDGE WAY | | | Room or suite no. | **E** Date incorporated: 01-01-2016 |
| **C** Check if Sch. M-3 attached ☐ | City or town: Taylors | State or province: SC | Country | ZIP or foreign postal code: 29687 | **F** Total assets (see instructions): $ 87,799 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | Line | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 6,752,390 **b** Less returns and allowances **c** Balance | 1c | 6,752,390 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 3,707,022 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,045,368 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions - attach statement) Statement #1 | 5 | 18,473 |
| | 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 3,063,841 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | 1,584,071 |
| | 9 | Repairs and maintenance | 9 | 275 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 106,580 |
| | 12 | Taxes and licenses | 12 | |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 42,720 |
| | 15 | Depletion **(do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | 404,209 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement) Statement #2 | 20 | 685,022 |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | 2,822,877 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 240,964 |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | |
| | b | Tax from Schedule D (Form 1120-S) | 23b | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | |
| | b | Tax deposited with Form 7004 | 24b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | |
| | d | Elective payment election amount from Form 3800 | 24d | |
| | z | Add lines 24a through 24d | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| | 28 | Enter amount from line 27: **a Credited to 2026 estimated tax** **b Refunded** | 28b | |
| | | **c** Routing number **d** Type: ☐ Checking ☐ Savings | | |
| | | **e** Account number | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

SCOTT WIENART | Date | MEMBER
Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| WAYNE HEMBREE | | 10-31-2026 | | P01600390 |
| Firm's name: Lisadee Inc | | | Firm's EIN: 20-0983576 | |
| Firm's address: 3 Benton Rd - STE B, TRAVELERS REST SC 29690-2168 | | | Phone no. (864) 834-2664 | |

Form 1120-S (2025) ARTI CABINETS LLC 46-3753974 Page 2

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: a Business activity SALES b Product or service PRODUCT | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year | | |
| | (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

EEA Form **1120-S** (2025)

Form 1120S (2025) ARTI CABINETS LLC 46-3753974 Page 3

**Schedule B Other Information (see instructions) (continued)**

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | |
| | If "Yes," enter the amount of principal reduction $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | |
| 14 a | Did the corporation make any payments that would require it to file Form(s) 1099? | | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Does the corporation intend to self-certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," complete and attach Form 8996. Enter the amount (if any) from Form 8996, line 15 $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | |
| 17 | Reserved for future use | | |

**Schedule K Shareholders' Pro Rata Share Items**

| Section | Line | Item | | Line | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | 240,964 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions) Type: | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Cash charitable contributions | | 12a | |
| | b | Noncash charitable contributions | | 12b | |
| | c | Investment interest expense | | 12c | |
| | d | Section 59(e)(2) expenditures Type: | | 12d | |
| | e | Other deductions (see instructions) Type: | | 12e | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | 13d | |
| | e | Other rental credits (see instructions) Type: | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions) Type: | | 13g | |
| International | 14a | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance | ☐ | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1120-S) | ☒ | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

Form 1120-S (2025) ARTI CABINETS LLC 46-3753974 Page 4

**Schedule K** **Shareholders' Pro Rata Share Items** *(continued)*

| Section | Line | Description | Line No. | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) Statement #18 | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | 240,964 |

**Schedule L** **Balance Sheets per Books**

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 507,772 | | 507,772 | |
| b Less accumulated depreciation | ( 377,253 ) | 130,519 | ( 419,973 ) | 87,799 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 130,519 | | 87,799 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 130,519 | | 87,799 |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 130,519 | | 87,799 |

EEA Form **1120-S** (2025)

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 240,964 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 240,964 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 240,964 |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 1,712,979 | | | |
| 2 | Ordinary income from page 1, line 22 | 240,964 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 1,953,943 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 1,953,943 | | | |

Form **1125-A**
(Rev. November 2024)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

Name: ARTI CABINETS LLC

Employer identification number: 46-3753974

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 3,707,022 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,707,022 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | 8 | 3,707,022 |

**9a** Check all methods used for valuing closing inventory. See instructions.

*(i)* ☐ Cost
*(ii)* ☐ Lower of cost or market
*(iii)* ☐ Other (specify method used and attach explanation) ______

For certain small business taxpayers, alternative methods of accounting for inventories:

*(iv)* ☐ Non-incidental materials and supplies method
*(v)* ☐ AFS method
*(vi)* ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** *(i)* If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)**

*(ii)* If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

671124

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)** **2025**

Department of the Treasury
Internal Revenue Service

For calendar year 2025, or tax year

beginning 2025 ending ________

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Corporation

**A** Corporation's employer identification number
46-3753974

**B** Corporation's name, address, city, state, and ZIP code
ARTI CABINETS LLC

11 FOX RIDGE WAY

Taylors SC 29687

**C** IRS Center where corporation filed return
Kansas City

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . 1,000
End of tax year . . . . . . . . . . . . 1,000

### Part II Information About the Shareholder

**E** Shareholder's identifying number
[redacted]

**F1** Shareholder's name, address, city, state, and ZIP code
SCOTT C WIENERT

14 GROOVY WAY
Greenville SC 29617

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN ________ Name ________

**F3** What type of entity is this shareholder? Individual

**G** Current year allocation percentage . . . . . . 100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . 1,000
End of tax year . . . . . . . . . . . . 1,000

**I** Loans from shareholder
Beginning of tax year . . . . . . . . . $ ________
End of tax year . . . . . . . . . . . . $ ________

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 240,964 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
| | AC | 6,752,390 |
| | V* | STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6
Schedule K-1, Line 17, Code V
(This page is e-filed with the return. Include it if paper-filing.)

**2025**

Name(s) as shown on return: ARTI CABINETS LLC
Tax ID Number: 46-3753974

Name(s) as shown on K1: SCOTT C WIENERT
Tax ID Number: [redacted]

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | ARTI CABINETS LLC | 46-3753974 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO.___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 240,964 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 1,584,071 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 507,772 | | | | | |
| Section 199A (REIT) Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Schedule K-1 Supplemental Information

**2025**

| | |
|---|---|
| Shareholder's name<br>SCOTT C WIENERT | Shareholder's ID Number<br>[redacted] |
| Name of S Corporation<br>ARTI CABINETS LLC | S Corporation's EIN<br>46-3753974 |

## Schedule K-3 Notification

The corporation has met the following criteria for tax year 2025, presently exempting it from filing Schedule K-3 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc. - International:

Criteria 1 - Corporation had no or limited foreign activity
Criteria 2 - Each of the shareholders was a U.S. citizen, resident alien, or certain domestic trust

With respect to the corporation meeting criteria 1 and 2, shareholders are hereby notified they will not be receiving a Schedule K-3 from the corporation unless the shareholder specifically requests the schedule.

A request for a Schedule K-3 is time sensitive and should be made as soon as possible.

Form **4562**

Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

**(Including Information on Listed Property)**

**Attach to your tax return.**

**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

OMB No. 1545-0172

**2025**

Attachment Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ARTI CABINETS LLC | FORM 1120S | 46-3753974 |

## Part I Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| 7 | Listed property. Enter the amount from line 29 | 7 | |

| | | | |
|---|---|---|---|
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 31,020 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2025 Tax Year Using the General Depreciation System**

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

ARTI CABINETS LLC 46-3753974

Form 4562 (2025) Page 2

**Part IV Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 11,700 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 42,720 |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| 23b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

**Part V Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

c Do you own, lease, or charter an aircraft? Check all that apply. See instructions ☐ Own ☐ Lease ☐ Charter

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| Ram3500 TRUCK | 11-13-2022 | 100.0% | 67,519 | | | | | |
| 2019 CHEV SILV | 10-24-2023 | 100.0% | 72,471 | 72,471 | 5 | 200 DB-MQ | 11,700 | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | 28 | 11,700 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

ARTI CABINETS LLC 46-3753974



**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) *(continued)*

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2025 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2025 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

Form **7004**
(Rev. December 2025)
Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

**File a separate application for each return.**
***Go to www.irs.gov/Form7004 for instructions and the latest information.***

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| ARTI CABINETS LLC | 46-3753974 |

| Number and street (If P.O. box, see instructions.) | Room or suite no. |
|---|---|
| 11 FOX RIDGE WAY | |

| City or town | State or province | Country | ZIP or foreign postal code |
|---|---|---|---|
| Taylors | SC | | 29687 |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1 Enter the form code for the return listed below that this application is for . . . . . 2 5

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GSD | 01 | Form 1120-ND | 19 |
| Form 706-GST | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 708 | 37 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |

**Part II** **All Filers Must Complete This Part**

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . . ☐

5a The application is for calendar year 20 25 , or tax year beginning ____________, 20___ , and ending ____________, 20 ___.

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions-attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . | 6 | 0 |
| 7 | **Total** payments and credits. See instructions . . . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . | 8 | 0 |

Form **8879-CORP** (Rev. December 2024)

Department of the Treasury Internal Revenue Service

# *E-file* Authorization for Corporations

For calendar year 2025, or tax year beginning ____________, 2025, ending ____________, 20 ____

**For use with Form 1120 series returns.**

**Do not send to the IRS. Keep for your records.**

**Go to *www.irs.gov/Form8879CORP* for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| ARTI CABINETS LLC | 46-3753974 |

**Part I Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | |
| 2 | Total income (Form 1120-F, Section II, line 11) | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) | 3 | 3,063,841 |
| 4 | Total income (Form 1120 ____, line ____ ) | 4 | |

**Part II Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☒ I authorize Lisadee Inc (ERO firm name) to enter my PIN 12345 (do not enter all zeros) as my signature on the corporation's electronically filed income tax return.

☐ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature ____________________ Date 03-08-2026 Title MEMBER

**Part III Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. 574233 54321 (do not enter all zeros)

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ____________________ Date 10-31-2026

**ERO Must Retain This Form - See Instructions**

**Do Not Submit This Form to the IRS Unless Requested To Do So**

## Federal Supporting Statements

2025 PG01

Name(s) as shown on return: ARTI CABINETS LLC

Tax ID Number: 46-3753974

### Form 1120S - Line 5 - Other Income

Statement #1

| Description | Amount |
|---|---|
| insrance claim | 18,473 |
| **Total** | **18,473** |

PG01

### Form 1120S - Line 20 - Other Deductions

Statement #2

| Description | Amount |
|---|---|
| Automobile and Truck Expense | 85,590 |
| Bank Charges | 202,011 |
| Independent Contractor | 34,850 |
| Legal and Professional | 78,948 |
| 100% Meals | 631 |
| Office Expense | 840 |
| Software | 133,350 |
| Telephone | 12,057 |
| Tools | 76,539 |
| Travel | 9,159 |
| Utilities | 34,460 |
| SCOTTS REQUIRED DISTRIBUTION | 12,000 |
| CHANNNEL EXPENSE | 4,523 |
| CHANNEL FEES | 64 |
| **Total** | **685,022** |

PAGE 1

### Schedule K - Line 17d - Other Items

Statement #18

| Description | Amount |
|---|---|
| Gross receipts for sec. 448(c) | 6,752,390 |

| 1120S | Overflow Statement<br>(This page is not filed with the return. It is for your records only.) | 2025 Page 1 |
|---|---|---|
| Name(s) as shown on return<br>ARTI CABINETS LLC | | FEIN<br>46-3753974 |

## Form 1120S, Page 1, Line 16 - Advertising

| Description | Amount |
|---|---|
| CRAIGSLIST | $ 56,600 |
| ENDURANCE | 659 |
| FACEBOOK | 120,359 |
| GOOGLE | 91,050 |
| MARKETING AGENCY | 27,337 |
| MISC | 951 |
| GO DADDY | 887 |
| PAY PAL ADS | 75,991 |
| PINTEREST ADS | 30,375 |
| **Total:** | **$ 404,209** |

## Other Deductions - Automobile and Truck Expense

| Description | Amount |
|---|---|
| VECHICLE | $ 1,306 |
| FUEL | 70,051 |
| REPAIRS | 14,233 |
| **Total:** | **$ 85,590** |

## Other Deductions - Bank Charges

| Description | Amount |
|---|---|
| Total bank charges and merchant fees | $ 202,011 |
| **Total:** | **$ 202,011** |

## Other Deductions - Independent Contractor

| Description | Amount |
|---|---|
| C LABOR | $ 34,850 |
| **Total:** | **$ 34,850** |

## Other Deductions - Office Expense

| Description | Amount |
|---|---|
| DELIVERY | $ 125 |
| OFFICE SUPPLIES | 715 |
| **Total:** | **$ 840** |

| 1120S | Overflow Statement<br>(This page is not filed with the return. It is for your records only.) | 2025 Page 2 |
|---|---|---|
| Name(s) as shown on return<br>ARTI CABINETS LLC | | FEIN<br>46-3753974 |

## Form 1120S, Page 1, Line 11 - Rents

| Description | Amount |
|---|---|
| EQUIPMENT RENTS | $ 7,339 |
| TOTAL RENTS AND LEASES | 99,241 |
| **Total:** | **$ 106,580** |

## Form 1120S, Page 1, Line 9 - Repairs and Maintenance

| Description | Amount |
|---|---|
| EQUIPMENT REPAIRS | $ 275 |
| **Total:** | **$ 275** |

## Form 1120S, Page 1, Line 8 - Salaries and Wages (Non-share)

| Description | Amount |
|---|---|
| TOTAL PAYROLL AND TAXES | $ 1,584,071 |
| **Total:** | **$ 1,584,071** |

## Other Deductions - Software

| Description | Amount |
|---|---|
| ADMIN SOFTWARE | $ 8,543 |
| SALES SOFTWARE | 52,506 |
| SOFTWARE LEASE | 72,301 |
| **Total:** | **$ 133,350** |

## Overflow Statement

| Description | Amount |
|---|---|
| SUPPLIES AND TOOLS | $ 76,539 |
| **Total:** | **$ 76,539** |

## Other Deductions - Travel

| Description | Amount |
|---|---|
| TRAVEL | $ 398 |
| HOTELS | 8,761 |
| **Total:** | **$ 9,159** |

| 1120S | Overflow Statement<br>(This page is not filed with the return. It is for your records only.) | 2025 Page 3 |
|---|---|---|
| Name(s) as shown on return<br>ARTI CABINETS LLC | | FEIN<br>46-3753974 |

## Other Deductions - Utilities

| Description | Amount |
|---|---|
| STORAGE | $ 18,487 |
| WAREHOUSE | 6,864 |
| MISC | 9,109 |
| Total: | $ 34,460 |

**Form 1120S**

# Schedule M-2/Retained Earnings Worksheet

(This page is not filed with the return. It is for your records only.)

**2025**

Name(s) as shown on return: ARTI CABINETS LLC

Tax ID Number: 46-3753974

## Analysis of Current-Year Retained Earnings

| | | | |
|---|---|---|---|
| 1 | Beginning retained earnings per balance sheet (Schedule L, column b, lines 24 and 25) | 1 | 130,519 |
| 2 | Book income (loss) (Schedule M-1, line 1, or Schedule M-3, page 1, line 11) | 2 | 240,964 |
| 3 | Distributions (Schedule K, line 16d + line 17c) | 3 | |
| 4 | Subtotal (combines lines 1 through 3) | 4 | 371,483 |
| 5 | Ending retained earnings per balance sheet (Schedule L, column d, lines 24 and 25) | 5 | 87,799 |
| 6 | **Difference (line 4 minus line 5) (should be zero)** | 6 | 283,684 |

## Current-Year Change to Retained Earnings Compared to Current-Year Change to AAA & OAA

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ending retained earnings (Schedule L, column d, line 24) | | | 1 | 87,799 |
| 2 | Beginning retained earnings (Schedule L, column b, line 24) | | | 2 | 130,519 |
| 3 | Retained earnings change (line 1 minus line 2) | | | 3 | (42,720) |
| 4 | Ending AAA plus OAA | | | 4 | 1,953,943 |
| 5 | Beginning AAA plus OAA | | | 5 | 1,712,979 |
| 6 | Difference (line 4 minus line 5) | | | 6 | 240,964 |
| | **Current-Year Timing Adjustments per Schedule M-1** | | | | |
| | Subtractions from net income per books (Schedule M-1, lines 5 and 6 - not included on Schedule M-2) | | | | |
| 7 | Other income recorded on books not included on Schedule K | 7 | | | |
| 8 | Depreciation on Schedule K not included on books | 8 | | | |
| 9 | Other Schedule K items not included on books | 9 | | | |
| 10 | Total subtractions (lines 7 through 9) | 10 | | | |
| | Additions to net income per books (Schedule M-1, lines 2 and 3 - not included on Schedule M-2, line 3) | | | | |
| 11 | Income included on Schedule K not recorded on books | 11 | | | |
| 12 | Depreciation on books not included on Schedule K | 12 | | | |
| 13 | Other items on books not included on Schedule K | 13 | | | |
| 14 | Total additions (lines 11 through 13) | 14 | | | |
| 15 | Sch M-1 timing adjustments not included on Schedule M-2, lines 2 thru 5 (subtract line 14 from line 10) | | | 15 | |
| | **Current-Year Timing Adjustments Per Schedule M-3** | | | | |
| | Permanent or temporary book-to-tax difference amounts entered on the M32, M33, 8916A, and SCH3 screens appear on line 16 and line 17 as opposite of the actual entries. For example, an entry of -100 would appear as 100. | | | | |
| 16 | Permanent differences | 16 | | | |
| 17 | Temporary differences | 17 | | | |
| 18 | Timing adjustments not included on Schedule M-2 (combine lines 16 and 17) | | | 18 | |
| 19 | Distributions reported on Schedule K, line 16d, not allowed on Schedule M-2, line 7 | | | 19 | |
| 20 | Distributions reported on Schedule K, line 17c, dividend distributions paid from AE&P | | | 20 | |
| 21 | Adjustments to retained earnings (Schedule L, line 25 column d minus Schedule L, line 25, column b) | | | 21 | |
| 22 | M-2 amount after M-1 timing adjustments (add lines 6, 15, 19, 20 and 21) | | | 22 | 240,964 |
| 23 | M-2 amount after M-3 timing adjustments (add lines 6, 18, 19, 20 and 21) | | | 23 | |
| 24 | **Net reconciliation difference (line 3 minus line 22 or 23)** | | | 24 | (283,684) |

## Summary of Stock Ownership

(This page is not filed with the return. It is for your records only.)

**2025**

CORPORATION NAME
ARTI CABINETS LLC

EIN
46-3753974

| Shareholder Information | | | Shares | | % Ownership | |
|---|---|---|---|---|---|---|
| Name | EIN/SSN | Type | Beginning | Ending | Beginning | Ending |
| SCOTT C WIENERT | [redacted] | | 1,000 | 1,000 | 100.00000 | 100.00000 |
| Total | | | 1,000 | 1,000 | | |

WK_SOWN.LD

# Qualified Business Income Information

Summary of Statement A - QBI PTE Reporting

(Keep for your records)

2025

Name(s) as shown on return: ARTI CABINETS LLC

Tax ID Number: 46-3753974

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | ARTI CABINETS LLC | 46-3753974 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO.___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 240,964 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 1,584,071 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 507,772 | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WK_QBI-1.D

Form 1120S

# K-K1 Comparison Worksheet

(This page is not filed with the return. It is for your records only.)

2025

S CORPORATION NAME: ARTI CABINETS LLC

EIN: 46-3753974

| Description | Schedule K | K-1 Totals | Difference |
|---|---|---|---|
| 1 Ordinary business income (loss) . . . . . . . | 240,964 | 240,964 | |
| 17 AC Gross receipts for sec. 448(c) . . . . . . . | 6,752,390 | 6,752,390 | |

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

# Depreciation Detail Listing

FORM 1120S

(This page is not filed with the return. It is for your records only.)

**2025**

PAGE 1

Name(s) as shown on return: ARTI CABINETS LLC

Social security number/EIN: 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

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2015 INTERNATION 4300 | 11-04-2021 | 64,649* | | 100.00 | | PY 64,649 | 0 | 5 | | 10.94 | 64,649 | | 64,649 | |
| 2 | 2017 CHEV 1500 | 01-01-2021 | 20,000* | | 100.00 | | PY 20,000 | 0 | 5 | | 11.01 | 20,000 | | 20,000 | |
| 3 | Ram3500 TRUCK | 11-13-2022 | 67,519* | | 100.00 | | PY 67,519 | 0 | 5 | | 13.68 | 67,519 | | 67,519 | |
| 4 | TRAILER | 11-30-2022 | 28,916* | | 100.00 | | PY 28,916 | 0 | 5 | | 13.68 | 28,916 | | 28,916 | |
| 5 | STRUCTURAL EQUIP | 11-30-2022 | 35,581* | | 100.00 | | PY 35,581 | 0 | 5 | | 13.68 | 35,581 | | 35,581 | |
| 6 | SHOP EQUIP PEAC | 12-31-2024 | 88,827* | | 100.00 | | PY 53,296 | 35,531 | 5 | 200 DB MQ | 38 | 55,073 | 13,502 | 68,575 | 13,502 |
| 7 | CABINET EQUIPMENT PEA | 06-25-2024 | 69,165* | | 100.00 | | PY 41,499 | 27,666 | 5 | 200 DB MQ | 30 | 48,416 | 8,300 | 56,716 | 8,300 |
| 8 | HVAC BALBOA | 10-23-2024 | 60,644* | | 100.00 | | PY 36,386 | 24,258 | 5 | 200 DB MQ | 38 | 37,599 | 9,218 | 46,817 | 9,218 |
| 9 | 2019 CHEV SILVERADO 2 | 10-24-2023 | 72,471* | | 100.00 | | | 72,471 | 5 | 200 DB MQ | 22.8 | 19,500 | 11,700 | 31,200 | 11,700 |
| | Totals | | 507,772 | | | | | 159,926 | | | | 377,253 | 42,720 | 419,973 | 42,720 |

Land Amount PY 347,846 CY 179 and CY Bonus ST ADJ: (73,864)
Net Depreciable Cost 507,772 TOTAL CY Depr including 179/bonus 42,720 UBIA: 507,772

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

# Depreciation Detail Listing

STATE FORM 1120S

(This page is not filed with the return. It is for your records only.)

**2025**

PAGE 1

Name(s) as shown on return: ARTI CABINETS LLC

Social security number/EIN: 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

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2015 INTERNATION 4300 | 11-04-2021 | 64,649 | | 100.00 | | | 64,649 | 5 | 200 DB MQ | 10.94 | 51,383 | 7,073 | 58,456 | |
| 2 | 2017 CHEV 1500 | 01-01-2021 | 20,000 | | 100.00 | | | 20,000 | 5 | 200 DB MQ | 11.01 | 17,522 | 2,202 | 19,724 | |
| 3 | Ram3500 TRUCK | 11-13-2022 | 67,519 | | 100.00 | | | 67,519 | 5 | 200 DB MQ | 13.68 | 44,427 | 9,237 | 53,664 | |
| 4 | TRAILER | 11-30-2022 | 28,916 | | 100.00 | | | 28,916 | 5 | 200 DB MQ | 13.68 | 19,027 | 3,956 | 22,983 | |
| 5 | STRUCTURAL EQUIP | 11-30-2022 | 35,581 | | 100.00 | | | 35,581 | 5 | 200 DB MQ | 13.68 | 23,412 | 4,867 | 28,279 | |
| 6 | SHOP EQUIP PEAC | 12-31-2024 | 88,827 | | 100.00 | | | 88,827 | 5 | 200 DB MQ | 38 | 4,441 | 33,754 | 38,195 | |
| 7 | CABINET EQUIPMENT PEA | 06-25-2024 | 69,165 | | 100.00 | | | 69,165 | 5 | 200 DB MQ | 30 | 17,291 | 20,750 | 38,041 | |
| 8 | HVAC BALBOA | 10-23-2024 | 60,644 | | 100.00 | | | 60,644 | 5 | 200 DB MQ | 38 | 3,032 | 23,045 | 26,077 | |
| 9 | 2019 CHEV SILVERADO 2 | 10-24-2023 | 72,471 | | 100.00 | | | 72,471 | 5 | 200 DB MQ | 22.8 | 19,500 | 11,700 | 31,200 | |
| | Totals | | 507,772 | | | | | 507,772 | | | | 200,035 | 116,584 | 316,619 | |

Land Amount
Net Depreciable Cost 507,772

CY 179 and CY Bonus
TOTAL CY Depr including 179/bonus 116,584

# Next Year's Depreciation Worksheet

(This page is not filed with the return. It is for your records only.)

**2025**

Name(s) as shown on return: ARTI CABINETS LLC

Tax ID Number: 46-3753974

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|---|---|---|---|---|---|---|---|
| 1120 | 1 | 2015 INTERNATION 4300 | 11-04-2021 | | 200 DBMQ | 5 | |
| 1120 | 1 | 2017 CHEV 1500 | 01-01-2021 | | 200 DBMQ | 5 | |
| 1120 | 1 | Ram3500 TRUCK | 11-13-2022 | | 200 DBMQ | 5 | |
| 1120 | 1 | TRAILER | 11-30-2022 | | 200 DBMQ | 5 | |
| 1120 | 1 | STRUCTURAL EQUIP | 11-30-2022 | | 200 DBMQ | 5 | |
| 1120 | 1 | SHOP EQUIP PEAC | 12-31-2024 | 35,531 | 200 DBMQ | 5 | 8,101 |
| 1120 | 1 | CABINET EQUIPMENT PEAC | 06-25-2024 | 27,666 | 200 DBMQ | 5 | 4,980 |
| 1120 | 1 | HVAC BALBOA | 10-23-2024 | 24,258 | 200 DBMQ | 5 | 5,531 |
| 1120 | 1 | 2019 CHEV SILVERADO 2018 | 10-24-2023 | 72,471 | 200 DBMQ | 5 | 6,960 |
| | | TOTAL | | | | | 25,572 |

**Lisadee Inc**

3 Benton Rd - STE B
TRAVELERS REST, SC 29690-2168

Phone: (864)834-2664 | Fax: (864)834-2601

October 31, 2026

ARTI CABINETS LLC
11 FOX RIDGE WAY
Taylors, SC 29687

ARTI CABINETS LLC:

Enclosed is the 2025 Form 1120-S, U.S. Income Tax Return for an S Corporation, prepared for ARTI CABINETS LLC from the information provided. This return was e-filed with the IRS and was accepted on September 30, 2026.

The corporation's federal return reflects neither a refund nor a balance due.

Enclosed is the corporation's 2025 South Carolina Income Tax return, prepared for ARTI CABINETS LLC from the information provided. This return was e-filed with the South Carolina taxing authority and was accepted on October 08, 2026.

The corporation's South Carolina Income Tax return reflects a balance due of $25.

The corporation's payment was due on March 16, 2026. To minimize penalties and interest, make the payment as soon as possible. Check the state's website for electronic payment options. If not paying electronically, mail the payment to the following address:

SC Department of Revenue
Corporate Voucher
P.O. Box 100153
Columbia, SC 29202
(Payable to SC Department of Revenue)

Enclosed are letters, copies of Schedule K-1, and any supplemental information, to be distributed to the shareholders.

Thank you for the opportunity to be of service. For further assistance with your tax return needs, contact our office at (864)834-2664.

Sincerely,

WAYNE HEMBREE
Lisadee Inc

# ARTI Cabinets LLC

DBA Wholesale Cabinet Supply

## *Condensed Profit and Loss | January 1 – December 31, 2025*

| | |
|---|---|
| **INCOME** | |
| Total Income | $6,752,389.01 |
| **COST OF GOODS SOLD** | |
| Total Cost of Goods Sold | $3,472,248.17 |
| **GROSS PROFIT** | **$3,280,140.84** |
| **OPERATING EXPENSES** | |
| Bank Charges and Merchant Fees | $202,010.79 |
| Channel Expenses and Subscription Fees | $4,586.75 |
| Equipment Repair, Maintenance and Rental | $7,613.91 |
| Legal and Professional Fees | $78,948.03 |
| Meals and Entertainment | $631.29 |
| Office and General Administrative Expenses | $584,918.24 |
| Payroll | $1,584,071.36 |
| Rent and Lease | $67,901.64 |
| Supplies and Tools | $76,539.02 |
| Travel and Vehicle Expenses | $94,748.20 |
| **TOTAL OPERATING EXPENSES** | **$2,701,969.23** |
| **NET OPERATING INCOME** | **$578,171.61** |
| **OTHER INCOME AND EXPENSES** | |
| Other Income | $18,472.87 |
| Other Expenses (including interest) | $343,680.55 |
| **OTHER EXPENSES INCLUDING INTEREST EXPENSE** | **($325,207.68)** |
| **NET INCOME** | **$252,963.93** |

Cash Basis

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>ARTI Cabinets, LLC,<br><br>Debtor. | Case No. 26-0____-__<br><br>Chapter 11<br>Subchapter V |

**DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)**

I, Scott Cameron Wienert, authorized officer of ARTI Cabinets, LLC ("Debtor"), as debtor in possession in the above captioned small business debtor reorganization, hereby declare under penalty of perjury that the Debtor does not maintain a balance sheet, statement of operations, or cashflow statement in the ordinary operation of its business.

Respectfully submitted on this the 6th day of November 2026.

/s/ Scott Cameron Wienert
Scott Cameron Wienert, Manager/Member
ARTI Cabinets, LLC

**United States Bankruptcy Court**
**District of South Carolina**

In re ARTI Cabinets, LLC Case No. ______
Debtor(s) Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Scott Cameron Wienert, declare under penalty of perjury that I am the Manager/Member of ARTI Cabinets, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of November, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation is authorized and directed to employ W. Harrison Penn District ID #11164 , attorney and the law firm of Penn Law Firm LLC to represent the corporation in such bankruptcy case."

Date November 6, 2026 Signed /s/ Scott Cameron Wienert
Scott Cameron Wienert

# Resolution of Board of Directors
of
ARTI Cabinets, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Cameron Wienert, Manager/Member of this Corporation is authorized and directed to employ W. Harrison Penn District ID #11164 , attorney and the law firm of Penn Law Firm LLC to represent the corporation in such bankruptcy case.

Date November 6, 2026 Signed /s/Scott Cameron Wienert
Manager/Member

Date __________ Signed __________

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2026

*X* /s/ Scott Cameron Wienert
Signature of individual signing on behalf of debtor

Scott Cameron Wienert
Printed name

Manager/Member
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ARTI Cabinets, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ameris Bank / Balboa Capital<br>575 Anton Boulevard, 12th Fl<br>Costa Mesa, CA 92626 | | Commercial warehouse HVAC cooling package | | $49,677.60 | $5,000.00 | $44,677.40 |
| BayFirst National Bank<br>Attn: SBA Servicing Dept<br>700 Central Ave, Ste. 100<br><br>Saint Petersburg, FL 33701 | | 2nd position on all assets of the debtor | | $265,000.00 | $0.00 | $265,000.00 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit card purchases | | | | $40,554.63 |
| Echo Logistics<br>600 W. Chicago Avenue, Ste. 725<br>Chicago, IL 60654 | | Supplier/Vendor | | | | $42,762.18 |
| Eurocraft Cabinetry<br>3380 Davie Road, Ste. 703<br>Fort Lauderdale, FL 33314 | | Supplier/Vendor | | | | $22,467.20 |
| Expansion Capital Group<br>5801 S. Corporate Place<br>Sioux Falls, SD 57108 | | MCA Daily Debts - Future Receivables | Disputed | | | $46,955.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Huntington Bank, fka Cadence Bank<br>SBA Middle Georgia Duluth Branch<br>1970 Satellite Boulevard<br>Duluth, GA 30097 | bankruptcy@huntington.com | 1st position on all assets of the debtor | | $350,000.00 | $0.00 | $212,518.51 |
| Itria Ventures, LLC<br>Attn: Paul A. Humbert, Esq.<br>9655 S. Dixie Hwy., Ste. 312<br>Miami, FL 33156 | pa@pahumbertlaw.com | Merchant Cash Advance | Disputed | | | $109,088.50 |
| Jarlin Cabinetry<br>7900 NW 60th Street<br>Miami, FL 33166 | | Supplier/Vendor (Critical Vendor) | | | | $150,937.91 |
| JP Morgan Chase Bank, NA<br>Mail Code LA2-7100<br>1414 Woodward Avenue<br>Ruston, LA 71270-2015 | | Credit card purchases | | | | $39,582.63 |
| JSI Cabinetry<br>c/o Jeiny Mideros, Account Manager<br>485 Commerce Drive<br>Fall River, MA 02720 | | Supplier/Vendor (Critical Vendor) | | | | $135,399.00 |
| PayPal Working Capital<br>PO Box 45950<br>Omaha, NE 68145-0950 | | Merchant Cash Advance | | | | $41,381.38 |
| Shopify Capital<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, Ontario K2P 2L8 | legal@shopify.com | 5th position on all assets of the debtor | | $153,279.00 | $0.00 | $153,279.00 |
| Southeastern Freight Lines, Inc.<br>c/o Bethune & Associates<br>14435 North 7th Street, Ste. 201<br>Phoenix, AZ 85022 | | Promissory Note | | | | $21,304.33 |
| Spartan Business Solutions, LLC<br>dba Spartan Capital<br>1301 Hwy 36, Ste. 15, Bldg. 2<br>Hazlet, NJ 07730 | | Merchant Cash Advance | Disputed | | | $88,557.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TD Bank, NA<br>PO Box 9503<br>Portland, ME<br>04112-9503 | | 4th position on all assets of the debtor | | $244,999.39 | $0.00 | $244,999.39 |
| TQL Logistics<br>PO Box 634570<br>Cincinnati, OH<br>45263-4570 | | Supplier/Vendor | | | | $23,543.24 |
| Trupath Lending, LLC<br>10 W. Broadway, 6th Floor #45<br><br>Salt Lake City, UT<br>84101 | | Merchant Cash Advance | Disputed | | | $120,710.00 |
| WebBank<br>c/o Quick Books Capital<br>PO Box 842978<br>Dallas, TX<br>75284-2978 | | Term Loan | | | | $43,224.31 |
| Wells Fargo Mastercard<br>Small Business Credit Cards<br>PO Box 40310<br>Mesa, AZ 85274 | | Credit card purchases | | | | $64,751.62 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... $ 271,972.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... $ 271,972.51

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 1,257,543.89

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $ 208,618.55

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... +$ 1,517,446.21

4. **Total liabilities** ..........
   Lines 2 + 3a + 3b $ 2,983,608.65



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Business Checking | 2439 | $896.51 |
| 3.2. | Wells Fargo | Primary Business Checking | 4145 | $0.35 |
| 3.3. | Wells Fargo | Business Checking | 9624 | $0.62 |
| 3.4. | Wells Fargo | Business Checking | 9632 | $0.00 |
| 3.5. | TD Bank | Business Checking | 2771 | $0.00 |
| 3.6. | Truist Bank | Business Checking | 3967 | $6,063.05 |
| 3.7. | Bank of Travelers Rest | Business Checking | 7912 | $34,057.98 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number *(If known)*

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $41,018.51

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 40,000.00 | - | 0.00 | = .... | $40,000.00 |
| 11a. 90 days old or less: | 25,000.00 | - | 0.00 | = .... | $25,000.00 |

12. **Total of Part 3.** $65,000.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Miscellaneous Cabinet Inventory (at cost) | | $0.00 | | $75,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number *(If known)*

23. **Total of Part 5.** $75,000.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ____ Valuation method ____ Current Value ____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Misc. office equipment and cabinet displays | $0.00 | | $14,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** $14,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(If known)*
Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2022 Ram 2500<br>VIN: 3C6UR5DL3NG336731<br>Mileage: 122,000 | $0.00 | KBB | $28,000.00 |
| 47.2. | 2022 Ram 3500<br>VIN: 3C63RRGL6NG377157<br>Mileage: 159,000 | $0.00 | KBB | $26,454.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Miscellaneous Warehouse Parts, Supplies and Equipment | $0.00 | | $15,000.00 |
| Commercial warehouse HVAC cooling package | $0.00 | | $5,000.00 |

51. **Total of Part 8.** $74,454.00

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| Web Domain | $0.00 | | $2,500.00 |
| 62. **Licenses, franchises, and royalties** | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(If known)*
Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** $2,500.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,018.51 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $65,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,454.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $271,972.51 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $271,972.51 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Ally Financial
Creditor's Name

PO Box 380902
Minneapolis, MN 55438-0902
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/01/2022

**Last 4 digits of account number**
5760

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Ram 3500VIN: 3C63RRGL6NG377157Mileage: 159,000

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $27,931.74 — Column B: $26,454.00

**2.2** Ameris Bank / Balboa Capital
Creditor's Name

575 Anton Boulevard, 12th Fl
Costa Mesa, CA 92626
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3826

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Commercial warehouse HVAC cooling package

**Describe the lien**
Fixture Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $49,677.60 — Column B: $5,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name
Case number (if known)

2.3 BayFirst National Bank
Creditor's Name
Attn: SBA Servicing Dept
700 Central Ave, Ste. 100

Saint Petersburg, FL 33701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
loanoperations@bayfirstfinan
cial.com

**Last 4 digits of account number**
7736

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2nd position on all assets of the debtor

$265,000.00 $0.00

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.4 BayFirst National Bank
Creditor's Name
Attn: SBA Servicing Dept
700 Central Ave, Ste. 100

Saint Petersburg, FL 33701
Creditor's mailing address

loanops@bayfirstfinancial.co
m
Creditor's email address, if known

**Date debt was incurred**
02/2024

**Last 4 digits of account number**
9108

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2nd position on all assets of the debtor

$150,000.00 $0.00

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.5 Huntington Bank, fka
Cadence Bank
Creditor's Name
SBA Middle Georgia
Duluth Branch
1970 Satellite Boulevard
Duluth, GA 30097
Creditor's mailing address

bankruptcy@huntington.com
Creditor's email address, if known

**Date debt was incurred**
12/2021

**Describe debtor's property that is subject to a lien**
1st position on all assets of the debtor

$350,000.00 $0.00

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name
Case number (if known)

**Last 4 digits of account number**
0666
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 Santander Consumer USA
Creditor's Name
fka Chrysler Capital
PO Box 961245
Fort Worth, TX 76161
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/01/2022
**Last 4 digits of account number**
7631
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Ram 2500VIN: 3C6UR5DL3NG336731Mileage: 122,000

$16,656.16 $28,000.00

**Describe the lien**
Automobile Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 Shopify Capital
Creditor's Name
151 O'Connor Street
Ground Floor
Ottawa, Ontario K2P 2L8
Creditor's mailing address

legal@shopify.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3310
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
5th position on all assets of the debtor

$153,279.00 $0.00

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 TD Bank, NA
Creditor's Name

PO Box 9503
Portland, ME 04112-9503
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
4th position on all assets of the debtor

$244,999.39 $0.00

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name

Case number (if known)

**Date debt was incurred**

**Last 4 digits of account number**
9001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $1,257,543.89

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Alabama Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001<br>Date or dates debt was incurred:<br>Last 4 digits of account number 8676<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Past Due Sales Tax<br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $4,910.02 | $4,910.02 |
| 2.2 | Arizona Department of Revenue<br>1600 W. Monroe Street<br>Phoenix, AZ 85007<br>Date or dates debt was incurred:<br>Last 4 digits of account number 5283<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Past Due Sales Tax<br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $6,964.30 | $6,964.30 |
| 2.3 | Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261<br>Date or dates debt was incurred:<br>Last 4 digits of account number 3SLS<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Past Due Sales Tax<br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,871.51 | $1,871.51 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number (if known)
Name

2.4

Priority creditor's name and mailing address
Commonwealth of Massachusetts
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,021.61 $10,021.61

Date or dates debt was incurred

Basis for the claim:
Past Due Sales Tax

Last 4 digits of account number 1003

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.5

Priority creditor's name and mailing address
Commonwealth of Pennsylvania
PA Department of Revenue
Bureau of Compliance
PO Box 280946
Harrisburg, PA 17128-0946

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,852.32 $3,852.32

Date or dates debt was incurred

Basis for the claim:
Past Due Sales Tax

Last 4 digits of account number 2979

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.6

Priority creditor's name and mailing address
Comptroller of Maryland
301 W. Preston Street
Baltimore, MD 21201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,182.86 $4,182.86

Date or dates debt was incurred
cdcollectionbizz@marylandandtaxes.gov

Basis for the claim:
Past Due Sales Tax

Last 4 digits of account number 9305

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.7

Priority creditor's name and mailing address
Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,000.00 $23,000.00

Date or dates debt was incurred

Basis for the claim:
Past Due Sales Tax

Last 4 digits of account number ecom

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC  Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address<br>Georgia Department of Revenue<br>Central Collections Section<br>2595 Century Parkway, Ste. 339<br>Atlanta, GA 30345 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,654.23 | $15,654.23 |
| | Date or dates debt was incurred | Basis for the claim:<br>Past Due Sales Tax | | |
| | Last 4 digits of account number 1064<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Past Due Sales Tax | | |
| | Last 4 digits of account number 5522<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>NOTICE PURPOSES ONLY | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.11 | Priority creditor's name and mailing address<br>Minnesota Dept of Revenue<br>600 N. Robert Street<br>Saint Paul, MN 55101 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,842.67 | $7,842.67 |
| | Date or dates debt was incurred | Basis for the claim:<br>Past Due Sales Tax | | |
| | Last 4 digits of account number 0294<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>New Jersey Division of Taxation<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor<br>Trenton, NJ 08695 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,902.08 | $6,902.08 |
| | Date or dates debt was incurred<br>taxation.bankruptcy@treas.nj.gov | Basis for the claim:<br>Past Due Sales Tax | | |
| | Last 4 digits of account number 4000<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number (if known)
Name

**2.13** Priority creditor's name and mailing address
Ohio Attorney General
150 E. Gay St., 21st Fl
Columbus, OH 43215

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,662.53 $9,662.53

Date or dates debt was incurred

Basis for the claim: Past Due Sales Tax

Last 4 digits of account number 0631

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.14** Priority creditor's name and mailing address
SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78,407.78 $78,407.78

Date or dates debt was incurred
2024/2025

Basis for the claim:

Last 4 digits of account number cgov

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.15** Priority creditor's name and mailing address
State of Michigan Treasurer
PO Box 30160
Lansing, MI 48909

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,515.08 $26,515.08

Date or dates debt was incurred

Basis for the claim: Past Due Sales Tax

Last 4 digits of account number 3974

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.16** Priority creditor's name and mailing address
Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,042.19 $3,042.19

Date or dates debt was incurred

Basis for the claim: Past Due Sales Tax

Last 4 digits of account number 2SC

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.17** Priority creditor's name and mailing address
Virginia Department of Revenue
PO Box 1880
Richmond, VA 23218-1880

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,182.86 $4,182.86

Date or dates debt was incurred

Basis for the claim: Past Due Sales Tax

Last 4 digits of account number 9305

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC — Case number (if known)
Name

**2.18** Priority creditor's name and mailing address
Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,106.51 $1,106.51

Date or dates debt was incurred

Basis for the claim: Past Due Sales Tax

Last 4 digits of account number 0902

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Access Receivables Management
PO Box 752
Hunt Valley, MD 21030

**As of the petition filing date, the claim is:** *Check all that apply.* — $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Pre-Auth Debits
**Last 4 digits of account number** 9336
Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Amazon
410 Terry Avenue N
Seattle, WA 98109

**As of the petition filing date, the claim is:** *Check all that apply.* — $3,094.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Supplier/Vendor
**Last 4 digits of account number** T9EY
Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Express (Amex Plum)
PO Box 981540
El Paso, TX 79998-1540

**As of the petition filing date, the claim is:** *Check all that apply.* — $19,264.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Credit card purchases
**Last 4 digits of account number** 3006
Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130

**As of the petition filing date, the claim is:** *Check all that apply.* — $20,729.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** bankruptcy@capitalontap.com
**Basis for the claim:** Credit card purchases
**Last 4 digits of account number** 9S85
Is the claim subject to offset? ☒ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850-5298

**As of the petition filing date, the claim is:** *Check all that apply.* — $40,554.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Credit card purchases
**Last 4 digits of account number** 8864
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number (if known)
Name

**3.6** **Nonpriority creditor's name and mailing address**
CNC Associates NY, Inc. / Coface
c/o Altus Receivables Management
PO Box 1389
Kenner, LA 70063
**Date(s) debt was incurred** erikblatman@trustaltus.com
**Last 4 digits of account number** 0852

**As of the petition filing date, the claim is:** *Check all that apply.* $4,071.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Echo Logistics
600 W. Chicago Avenue, Ste. 725
Chicago, IL 60654
**Date(s) debt was incurred** legal@echo.com
**Last 4 digits of account number** 9354

**As of the petition filing date, the claim is:** *Check all that apply.* $42,762.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Eurocraft Cabinetry
3380 Davie Road, Ste. 703
Fort Lauderdale, FL 33314
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,467.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Expansion Capital Group
5801 S. Corporate Place
Sioux Falls, SD 57108
**Date(s) debt was incurred** contracts@ecg.com
**Last 4 digits of account number** 2605

**As of the petition filing date, the claim is:** *Check all that apply.* $46,955.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** MCA Daily Debts - Future Receivables
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Fuelman Proprietary
Altus Commercial Receivables
2121 Airline Drive, Ste. 520
Metairie, LA 70001
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9836

**As of the petition filing date, the claim is:** *Check all that apply.* $13,381.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor (Fuel)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Google Account
c/o Commercial Collection Corp of NY, Inc.
34 Seymour Street
Tonawanda, NY 14150
**Date(s) debt was incurred** legal-notices@google.com
**Last 4 digits of account number** 6431

**As of the petition filing date, the claim is:** *Check all that apply.* $16,551.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor (Advertising)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
Hardware Resources
PO Box 734308
Dallas, TX 75373-4308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,979.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor (Critical Vendor)
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Itria Ventures, LLC<br>Attn: Paul A. Humbert, Esq.<br>9655 S. Dixie Hwy., Ste. 312<br><br>Miami, FL 33156<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3524 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Merchant Cash Advance<br>Is the claim subject to offset? ☒ No ☐ Yes | $109,088.50 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Jarlin Cabinetry<br>7900 NW 60th Street<br>Miami, FL 33166<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier/Vendor (Critical Vendor)<br>Is the claim subject to offset? ☒ No ☐ Yes | $150,937.91 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>JP Morgan Chase Bank, NA<br>Mail Code LA2-7100<br>1414 Woodward Avenue<br>Ruston, LA 71270-2015<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** ecom | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card purchases<br>Is the claim subject to offset? ☒ No ☐ Yes | $39,582.63 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>JSI Cabinetry<br>c/o Jeiny Mideros, Account Manager<br>485 Commerce Drive<br>Fall River, MA 02720<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** ycom | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier/Vendor (Critical Vendor)<br>Is the claim subject to offset? ☒ No ☐ Yes | $135,399.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>LRGistics, LLC<br>1 Clay Place<br>Hapeville, GA 30354-1957<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier/Vendor<br>Is the claim subject to offset? ☒ No ☐ Yes | $18,188.37 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Newlane Finance<br>123 S. Broad Street, Ste. 1700<br>Philadelphia, PA 19109<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier/Vendor (ProKitchen License)<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,000.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>OnDeck Capital<br>1400 Broadway, 25th Floor<br>New York, NY 10018<br>**Date(s) debt was incurred** support@ondeck.com<br>**Last 4 digits of account number** 6068 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Loan / ACH Sweeps<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,918.24 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name
Case number (if known)

3.20 **Nonpriority creditor's name and mailing address**
PayPal Business Loan
PO Box 45950
Omaha, NE 68145-0950
**Date(s) debt was incurred** 9248
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $36,131.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Merchant Loan / ACH Debts
Is the claim subject to offset? ☒ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**
PayPal Working Capital
PO Box 45950
Omaha, NE 68145-0950
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41,381.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Merchant Cash Advance
Is the claim subject to offset? ☒ No ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**
PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054
**Date(s) debt was incurred** 12/23/2024
**Last 4 digits of account number** 7001

**As of the petition filing date, the claim is:** *Check all that apply.* $4,359.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease (See Exhibit to Sch G)
Is the claim subject to offset? ☒ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054
**Date(s) debt was incurred** 08/30/2022
**Last 4 digits of account number** 7001

**As of the petition filing date, the claim is:** *Check all that apply.* $3,769.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease (See Exhibit to Sch G)
Is the claim subject to offset? ☒ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054
**Date(s) debt was incurred** 10/24/2023
**Last 4 digits of account number** 7003

**As of the petition filing date, the claim is:** *Check all that apply.* $7,302.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease (See Exhibit to Sch G)
Is the claim subject to offset? ☒ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054
**Date(s) debt was incurred** 11/30/2022
**Last 4 digits of account number** 7002

**As of the petition filing date, the claim is:** *Check all that apply.* $3,256.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease (See Exhibit to Sch G)
Is the claim subject to offset? ☒ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054
**Date(s) debt was incurred** 05/13/2024
**Last 4 digits of account number** 7004

**As of the petition filing date, the claim is:** *Check all that apply.* $7,306.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease (See Exhibit to Sch G)
Is the claim subject to offset? ☒ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
Sherwin Williams
Credit Dept
101 W. Prospect Ave.
Cleveland, OH 44115
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8350

**As of the petition filing date, the claim is:** *Check all that apply.* $3,106.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name
Case number (if known)

3.28 **Nonpriority creditor's name and mailing address**
Shopify Credit
151 O'Connor Street, Ground Fl
Ottawa, ON K2P 2L8
CANADA
**Date(s) debt was incurred** legal@shopify.com
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $243,992.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
Southeastern Freight Lines, Inc.
c/o Bethune & Associates
14435 North 7th Street, Ste. 201
Phoenix, AZ 85022
**Date(s) debt was incurred** 08/2026
**Last 4 digits of account number** E214

**As of the petition filing date, the claim is:** *Check all that apply.* $21,304.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Promissory Note
Is the claim subject to offset? ☒ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
Spartan Business Solutions, LLC
dba Spartan Capital
1301 Hwy 36, Ste. 15, Bldg. 2
Hazlet, NJ 07730
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3310

**As of the petition filing date, the claim is:** *Check all that apply.* $88,557.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Merchant Cash Advance
Is the claim subject to offset? ☒ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
Synchrony Bank
PO Box 965060
Orlando, FL 32896-5060
**Date(s) debt was incurred** bankruptcy@synchronyfinancial.com
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** PayPal Mastercard
Is the claim subject to offset? ☒ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
TD Bank, NA
PO Box 9503
Portland, ME 04112-9503
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4092

**As of the petition filing date, the claim is:** *Check all that apply.* $5,131.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☒ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
TD Bank, NA
PO Box 9503
Portland, ME 04112-9503
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2771

**As of the petition filing date, the claim is:** *Check all that apply.* $2,429.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Overdraft Charges
Is the claim subject to offset? ☒ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**
TEG Enterprises
107 Gass Drive
Greeneville, TN 37745
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7589

**As of the petition filing date, the claim is:** *Check all that apply.* $2,674.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC
Name
Case number (if known)

**3.35** **Nonpriority creditor's name and mailing address**
TQL Logistics
PO Box 634570
Cincinnati, OH 45263-4570
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $23,543.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
Trupath Lending, LLC
10 W. Broadway, 6th Floor #45

Salt Lake City, UT 84101
**Date(s) debt was incurred** 08/2026
**Last 4 digits of account number** 7174

**As of the petition filing date, the claim is:** *Check all that apply.* $120,710.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Merchant Cash Advance
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
WebBank
c/o Quick Books Capital
PO Box 842978
Dallas, TX 75284-2978
**Date(s) debt was incurred** _
**Last 4 digits of account number** tcom

**As of the petition filing date, the claim is:** *Check all that apply.* $23,064.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Line of Credit
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**
WebBank
c/o Quick Books Capital
PO Box 842978
Dallas, TX 75284-2978
**Date(s) debt was incurred** _
**Last 4 digits of account number** ccom

**As of the petition filing date, the claim is:** *Check all that apply.* $43,224.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Term Loan
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
Wellborn Forest
2212 Airport Boulevard
Alexander City, AL 35010
**Date(s) debt was incurred** _
**Last 4 digits of account number** RT10

**As of the petition filing date, the claim is:** *Check all that apply.* $17,130.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor (Critical Vendor)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038-8650
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6164

**As of the petition filing date, the claim is:** *Check all that apply.* $24,002.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Line of Credit
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038-8650
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2439

**As of the petition filing date, the claim is:** *Check all that apply.* $896.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Overdraft Charges
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number (if known)
Name

3.42 **Nonpriority creditor's name and mailing address**
Wells Fargo Mastercard
Small Business Credit Cards
PO Box 40310
Mesa, AZ 85274
**Date(s) debt was incurred** commercialbk@wellsfargo.com
**Last 4 digits of account number** 9413

**As of the petition filing date, the claim is:** *Check all that apply.* $64,751.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☒ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
WEX (Wright Express)
PO Box 6293
Carol Stream, IL 60197-6293
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5316

**As of the petition filing date, the claim is:** *Check all that apply.* $9,995.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier/Vendor (Fuel)
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 208,618.55 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,517,446.21 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,726,064.76 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Showroom 2 located at 202 S. Catherine St., Ste. E, Pickens, SC $2,000 per month | David Harned<br>202 S. Catherine Street, Ste. A<br><br>Pickens, SC 29671 |
| | State the term remaining | 31 months remaining | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Showroom 1 located at 1000 Poinsett Hwy, Pickens SC $580 per month | Jackson Griffeth<br>1000 Poinsett Hwy<br>Greenville, SC 29609 |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 5 Leases on various equipment & vehicles listed on Exhibit G attached hereto. | PEAC Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| | State the term remaining | Various | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Website ("thewcsupply.com") $2,000 per month | Shopify, Inc.<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, Ontario K2P 2L8 |
| | State the term remaining | Term ending May 2027 | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 ARTI Cabinets, LLC Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Warehouse located at 310 Belfast Lane, Pickens SC<br>$5,500 per month | SNW Properties, LLC<br>11 Fox Ridge Way<br>Taylors, SC 29687 |
| State the term remaining | 11/04/2026-11/03/2031 | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

EXHIBIT - SCHEDULE G
(PEAC Solution Leases)

| Creditor / lender | Agreement / lease | Start Date | Schedule ca | Asset description | Qty | Value per uni | Extended va | VIN / serial |
|---|---|---|---|---|---|---|---|---|
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | Festool ETS EC150 sander | 1 | $350.00 | $350.00 | |
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | 2 HP cyclone dust collector | 1 | $600.00 | $600.00 | |
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | Shop Fox dovetail machine | 1 | $500.00 | $500.00 | |
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | Electric pallet jack | 1 | $1,000.00 | $1,000.00 | |
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | 3,300 lb electric stacker | 1 | $6,500.00 | $6,500.00 | |
| PEAC Solutions | 403-1520557-001 | 12/23/2024 | Equipment | URM solvent recycler | 1 | $1,500.00 | $1,500.00 | |
| | | | | | | | | |
| PEAC Solutions | 405-1520557-001 | 8/30/2022 | Equipment | Strapack strapping system | 1 | $1,200.00 | $1,200.00 | |
| PEAC Solutions | 405-1520557-001 | 8/30/2022 | Equipment | Mecalux teardrop uprights | 13 | $100.00 | $1,300.00 | |
| PEAC Solutions | 405-1520557-001 | 8/30/2022 | Trailer | 2023 Rock Solid Cargo enclosed trailer | 1 | $3,000.00 | $3,000.00 | 7H2BE2429PD049013 |
| | | | | | | | | |
| PEAC Solutions | 405-1520557-002 | 11/30/2022 | Equipment | Mecalux uprights, 16 ft | 10 | $100.00 | $1,000.00 | |
| PEAC Solutions | 405-1520557-002 | 11/30/2022 | Equipment | Mecalux beams, 9 ft | 42 | $25.00 | $1,050.00 | |
| PEAC Solutions | 405-1520557-002 | 11/30/2022 | Equipment | Wire decking, 42 × 52 in | 42 | $20.00 | $840.00 | |
| PEAC Solutions | 405-1520557-002 | 11/30/2022 | Trailer | 2023 Rock Solid Cargo enclosed trailer | 1 | $7,000.00 | $7,000.00 | 7H2BE3630PD050031 |
| | | | | | | | | |
| PEAC Solutions | 405-1520557-003 | 10/24/2023 | Equipment | Used teardrop beams, 9 ft | 78 | $25.00 | $1,950.00 | |
| PEAC Solutions | 405-1520557-003 | 10/24/2023 | Equipment | Used teardrop uprights, 17 ft | 18 | $110.00 | $1,980.00 | |
| PEAC Solutions | 405-1520557-003 | 10/24/2023 | Equipment | Used wire mesh decking | 78 | $20.00 | $1,560.00 | |
| PEAC Solutions | 405-1520557-003 | 10/24/2023 | Vehicle | 2018 Ford F-150 | 1 | $23,000.00 | $23,000.00 | 1FTFX1E54JKF83808 |
| PEAC Solutions | 405-1520557-003 | 10/24/2023 | Vehicle | 2019 Chevrolet Silverado failed transmission | 1 | $10,000.00 | $10,000.00 | 1GCUYDED1KZ354217 |
| | | | | | | | | |
| PEAC Solutions | 405-1520557-004 | 6/13/2024 | Vehicle | 2022 Ram 2500 | 1 | $30,000.00 | $30,000.00 | 3C6UR5CL7NG250615 |
| PEAC Solutions | 405-1520557-004 | 6/13/2024 | Trailer | 2024 Fast Cargo 8.5 × 24 enclosed trailer | 1 | $1,000 | $1,000 | 7NBBE2424R1010633 |
| PEAC Solutions | 405-1520557-004 | 6/13/2024 | Equipment | Warehouse racking — 14 units, 12 ft high | 14 | | | |

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Santander Consumer USA | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.2 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Ally Financial | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Capital One, N.A. | ☐ D<br>☒ E/F 3.4<br>☐ G |
| 2.4 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Wells Fargo Bank, N.A. | ☐ D<br>☒ E/F 3.40<br>☐ G |
| 2.5 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | BayFirst National Bank | ☒ D 2.3<br>☐ E/F<br>☐ G |
| 2.6 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | BayFirst National Bank | ☒ D 2.4<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Expansion Capital Group | ☐ D<br>☒ E/F 3.9<br>☐ G |
| 2.8 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Itria Ventures, LLC | ☐ D<br>☒ E/F 3.13<br>☐ G |
| 2.9 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Shopify Capital | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.10 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Spartan Business Solutions, LLC | ☐ D<br>☒ E/F 3.30<br>☐ G |
| 2.11 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Trupath Lending, LLC | ☐ D<br>☒ E/F 3.36<br>☐ G |
| 2.12 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | SC Department of Revenue | ☐ D<br>☒ E/F 2.14<br>☐ G |
| 2.13 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Hardware Resources | ☐ D<br>☒ E/F 3.12<br>☐ G |
| 2.14 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Jarlin Cabinetry | ☐ D<br>☒ E/F 3.14<br>☐ G |
| 2.15 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | TD Bank, NA | ☐ D<br>☒ E/F 3.32<br>☐ G |
| 2.16 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | JP Morgan Chase Bank, NA | ☐ D<br>☒ E/F 3.15<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Synchrony Bank | ☐ D<br>☒ E/F 3.31<br>☐ G |
| 2.18 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PEAC Solutions | ☐ D<br>☒ E/F 3.22<br>☐ G |
| 2.19 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PEAC Solutions | ☐ D<br>☒ E/F 3.23<br>☐ G |
| 2.20 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PEAC Solutions | ☐ D<br>☒ E/F 3.25<br>☐ G |
| 2.21 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PEAC Solutions | ☐ D<br>☒ E/F 3.26<br>☐ G |
| 2.22 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PayPal Working Capital | ☐ D<br>☒ E/F 3.21<br>☐ G |
| 2.23 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | PayPal Business Loan | ☐ D<br>☒ E/F 3.20<br>☐ G |
| 2.24 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | OnDeck Capital | ☐ D<br>☒ E/F 3.19<br>☐ G |
| 2.25 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | American Express (Amex Plum) | ☐ D<br>☒ E/F 3.3<br>☐ G |
| 2.26 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Sherwin Williams | ☐ D<br>☒ E/F 3.27<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.27 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Fuelman Proprietary | ☐ D ☒ E/F 3.10 ☐ G |
| 2.28 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | WEX (Wright Express) | ☐ D ☒ E/F 3.43 ☐ G |
| 2.29 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Ameris Bank / Balboa Capital | ☒ D 2.2 ☐ E/F ☐ G |
| 2.30 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | TD Bank, NA | ☒ D 2.8 ☐ E/F ☐ G |
| 2.31 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Shopify Credit | ☐ D ☒ E/F 3.28 ☐ G |
| 2.32 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | CNC Associates NY, Inc. / Coface | ☐ D ☒ E/F 3.6 ☐ G |
| 2.33 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Newlane Finance | ☐ D ☒ E/F 3.18 ☐ G |
| 2.34 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | TEG Enterprises | ☐ D ☒ E/F 3.34 ☐ G |
| 2.35 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Access Receivables Management | ☐ D ☒ E/F 3.1 ☐ G |
| 2.36 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Florida Department of Revenue | ☐ D ☒ E/F 2.7 ☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.37 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Ohio Attorney General | ☐ D<br>☒ E/F 2.13<br>☐ G |
| 2.38 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Minnesota Dept of Revenue | ☐ D<br>☒ E/F 2.11<br>☐ G |
| 2.39 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | New Jersey Division of Taxation | ☐ D<br>☒ E/F 2.12<br>☐ G |
| 2.40 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Commonwealth of Pennsylvania | ☐ D<br>☒ E/F 2.5<br>☐ G |
| 2.41 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Georgia Department of Revenue | ☐ D<br>☒ E/F 2.8<br>☐ G |
| 2.42 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Wisconsin Department of Revenue | ☐ D<br>☒ E/F 2.18<br>☐ G |
| 2.43 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Colorado Department of Revenue | ☐ D<br>☒ E/F 2.3<br>☐ G |
| 2.44 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Commonwealth of Massachusetts | ☐ D<br>☒ E/F 2.4<br>☐ G |
| 2.45 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | State of Michigan Treasurer | ☐ D<br>☒ E/F 2.15<br>☐ G |
| 2.46 | Scott Cameron Wienert | 11 Fox Ridge Way Taylors, SC 29687 | Arizona Department of Revenue | ☐ D<br>☒ E/F 2.2<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.47 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Tennessee Department of Revenue | ☐ D<br>☒ E/F 2.16<br>☐ G |
| 2.48 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Illinois Department of Revenue | ☐ D<br>☒ E/F 2.9<br>☐ G |
| 2.49 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Virginia Department of Revenue | ☐ D<br>☒ E/F 2.17<br>☐ G |
| 2.50 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Comptroller of Maryland | ☐ D<br>☒ E/F 2.6<br>☐ G |
| 2.51 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | TD Bank, NA | ☐ D<br>☒ E/F 3.33<br>☐ G |
| 2.52 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | WebBank | ☐ D<br>☒ E/F 3.37<br>☐ G |
| 2.53 | Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | WebBank | ☐ D<br>☒ E/F 3.38<br>☐ G |
| 2.54 | SNW Properties, LLC | 11 Fox Ridge Way<br>Taylors, SC 29687 | Itria Ventures, LLC | ☐ D<br>☒ E/F 3.13<br>☐ G |
| 2.55 | SNW Properties, LLC | 11 Fox Ridge Way<br>Taylors, SC 29687 | Trupath Lending, LLC | ☐ D<br>☒ E/F 3.36<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ARTI Cabinets, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $5,256,179.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $6,752,390.00 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $7,141,039.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See SOFA Exhibit-3 attached hereto | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Various Taxing Authorities (See SOFA Exhibit 6 attached) | Last 4 digits of account number: _____ | Various | $27,505.82 |

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Itria Ventures, LLC, Plaintiff vs. ARTI Cabinets, LLC, et al., Defendants 2026-021271-CA-01 | Collection | Circuit Court, 11th Circuit, Miami-Dave County, FL 175 NW 1st Avenue Miami, FL 33128 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 2023 Rock Solid Trailer<br>VIN: 049013 | 10,045.13 | 01/15/2026 | $11,000.00 |
| 2023 Rock Solid Trailer<br>VIN: D05031 | 10429.10 | 11/08/2025 | $13,720.00 |
| 2022 Dodge Ram 3500<br>VIN: 377157 | 12,017.68 | 11/08/2025 | $14,000.00 |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Penn Law Firm, LLC<br>1517 Laurel Street<br>Columbia, SC 29201 | | September 29, 2026 | $20,000.00 |

**Email or website address**
hpenn@pennlawsc.com

**Who made the payment, if not debtor?**
Scott Wienert

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | ABC Bookkeepers<br>Lydia O'Leary, Bookkeeper<br>21 Linwood Avenue<br>Salem, NH 03079 | 2019-Present |
| 26a.2. | Liberty Tax<br>c/o Wayne Hembree<br>3 Benton Road, Ste. B<br>Travelers Rest, SC 29690 | Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Cameron Wienert | 11 Fox Ridge Way<br>Taylors, SC 29687 | Manager/Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor ARTI Cabinets, LLC Case number *(if known)*

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2026

/s/ Scott Cameron Wienert
Signature of individual signing on behalf of the debtor

Scott Cameron Wienert
Printed name

Position or relationship to debtor Manager/Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**SOFA EXHIBIT-3**

| Creditor / Payment Group | Identified 90-Day Payments |
|---|---|
| JPMorgan Chase Bank, N.A. | $2,910.00 |
| Chrysler / Santander Consumer USA | $4,848.96 |
| Ally Financial | $3,302.22 |
| Spartan Capital / Spartan SPV1 | $49,881.00 |
| Shopify Capital | $54,442.70 |
| Itria Ventures LLC | $25,961.50 |
| Trupath Lending LLC | $18,289.50 |
| Expansion Capital Group | $32,045.00 |
| OnDeck Capital | $2,323.80 |
| American Express (Amex Plum) | $8,515.00 |
| Sherwin Williams | $0.00 |
| JSI Cabinetry | $154,623.17 |
| Hardware Resources | $24,085.46 |
| TQL Logistics | $16,564.92 |
| LRGistics LLC | $9,000.00 |
| WEX (Wright Express) | $23,007.07 |
| Ameris Bank / Balboa Capital | $4,635.48 |
| Shopify Credit | $58,751.77 |
| Southeastern Freight Lines | $1,959.78 |
| Amazon | $4,125.95 |
| Newlane Finance | $1,240.86 |
| Fuelman (via Altus Receivables Management) | $11,393.44 |
| Better Business Collections | $445.00 |
| Access Receivables Management | $720.45 |
| South Carolina Dept. of Revenue | $41,084.04 |
| Florida Department of Revenue | $25,981.72 |
| Ohio AG / Collections (ODTAX) | $6,148.88 |
| Minnesota Department of Revenue | $4,713.52 |
| Commonwealth of Pennsylvania | $5,503.08 |
| Georgia Department of Revenue | $11,722.78 |
| Wisconsin Department of Revenue | $3,669.56 |
| Colorado Department of Revenue | $2,747.18 |
| Illinois Department of Revenue | $998.20 |
| Comptroller of Maryland | $2,197.12 |
| Capital One | $3,458.17 |
| PEAC Solutions (5 leases) | $19,098.10 |
| PayPal Working Capital | $1,323.71 |
| PayPal Business Loan | $8,098.48 |

SOFA EXHIBIT 4

# ARTI Cabinets LLC — Complete Insider Reconciliation

**Overall financial summary**

| Insider | Adjusted net withdrawals / (support) |
|---|---|
| **Scott Wienert** | $272,510.24 |
| **Natalie Wienert** | $24,394.20 |
| **Ava Carter** | $582.00 |
| **SNW Properties LLC** | ($56,430.00) |
| **Nifty Natalies LLC** | ($30,935.79) |
| **Five-insider adjusted net** | $210,120.65 |
| **Raquel Edwards** | $1,872.00 |
| **Combined** | $211,992.65 |

## 1. Scott Wienert

Review period: Primarily November 2025–November 4, 2026; source periods differ

**Financial summary (including identified credit-card purchases in adjusted amounts)**

| | |
|---|---|
| **Gross identified ARTI → personal checking** | **$1,908,227.33** |
| **Gross identified personal checking → ARTI** | ($1,520,980.63) |
| **Adjusted net as of October 28 (includes personal-card supplier purchases)** | $261,964.11 |
| **Additional net activity / unverified bridge** | +$15,705.00 |
| **Confirmed ARTI expenses from checking 7920** | ($5,158.87) |
| **Adjusted net withdrawals** | $272,510.24 |

## 2. Natalie Wienert

Review period: November 2025–September 2026 for checking 5183; savings and card adjustment per reconciliation

### Financial summary (including identified credit-card purchases in adjusted amounts)

| | |
|---|---|
| Gross ARTI → checking 5183 (55 transfers) | **$14,084.20** |
| Gross ARTI → savings 3802 | $14,900.00 |
| Savings 3802 → ARTI checking 2439 | ($1,500.00) |
| Personal Amex purchase for ARTI (included in adjusted net) | ($3,090.00) |
| Adjusted net withdrawals | $24,394.20 |

## 3. Ava Carter

Review period: November 2025–September 2026

### Financial summary (including identified credit-card purchases in adjusted amounts)

| | |
|---|---|
| Gross ARTI checking 2439 → checking 7685 | **$582.00** |
| Number of identified transfers | 7 |
| Returns to ARTI 2439 identified | $0.00 |
| Identified net withdrawals | $582.00 |

## 4. SNW Properties LLC

Review period: November 1, 2025–September 30, 2026

### Financial summary (including identified credit-card purchases in adjusted amounts)

| | |
|---|---|
| Gross transfers ARTI → SNW | **$74,020.00** |
| Gross transfers SNW → ARTI | ($69,950.00) |
| Net cash retained by SNW | $4,070.00 |
| Expected warehouse rent (11 × $5,500) | $60,500.00 |
| Net financial support beyond expected rent | ($56,430.00) |

### Explanation of reconciliation

ARTI used SNW's warehouse. The expected rent was $5,500 monthly, or $60,500 for the eleven months reviewed. Funds moved temporarily from SNW back to ARTI to meet operating cash needs and were sometimes returned to SNW near mortgage payment dates. Gross flows in both directions therefore include temporary movements. SNW retained only $4,070 net cash during the review period, $56,430

below the expected rent; the reconciliation describes this difference as net financial support beyond expected rent.

### Verification and disclosure notes

The $56,430 is a rent-adjusted economic comparison, not proof of a single cash loan. Scott's personal transfers into SNW and subsequent SNW transfers to ARTI must be traced without double-counting. Expected rent is not necessarily rent legally due or actually paid, and gross ARTI payments must remain separately identifiable for SOFA reporting.

Nifty Natalies calculation status: gross inflows and outflows are not available in the source materials; the reported net contribution of $30,935.79 cannot be independently recomputed here.

## 5. Nifty Natalies LLC

Review period: Dates subject to confirmation against underlying transfer and JSI payment records

### Financial reconciliation

| | |
|---|---|
| **Nifty Natalies → ARTI direct transfers** | **$65,000.00** |
| **ARTI → Nifty Natalies direct transfers** | ($57,354.00) |
| **Net direct cash received by ARTI** | $7,646.00 |
| **JSI Cabinetry payments attributed to Nifty Natalies (provisional)** | $23,289.79 |
| **Potential adjusted net financial support to ARTI** | ($30,935.79) |

## 6. Raquel Edwards

Review period: Weekly payroll; exact start and end dates unverified

### Financial summary (including identified credit-card purchases in adjusted amounts)

| | |
|---|---|
| **Reported weekly paycheck** | **$36.00** |
| **Assumed number of weekly payments** | 52 |
| **Illustrative annual payroll** | $1,872.00 |
| **Verified aggregate payments** | Not established |

**SOFA**
**EXHIBIT-6**

**Michigan — Case #8140226**

- 01/28/2026 — Account 4145 — $10,148.22

**Total: $10,148.22**

**United Collection Bureau — Case #27550226**

- 04/07/2026 — Account 2439 — $2,961.78
- 04/07/2026 — Account 9624 — $84.90
- 04/07/2026 — Account 4145 — $192.40
- 04/08/2026 — Account 2439 — $319.93

**Total: $3,559.01**

**Minnesota Department of Revenue — Case #55474226**

- 07/06/2026 — Account 2439 — $4,713.52
- 07/06/2026 — Account 9624 — $75.00
- 07/06/2026 — Account 9632 — $156.78

**Total: $4,945.30**

**South Carolina Department of Revenue — Case #64000026**

- 07/30/2026 — Account 2439 — $8,519.03
- 07/30/2026 — Account 9624 — $320.57
- 07/30/2026 — Account 4145 — $13.69

**Total: $8,853.29**

**Grand Total: $27,505.82**

# United States Bankruptcy Court
## District of South Carolina

In re ARTI Cabinets, LLC — Debtor(s)

Case No. 

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 6, 2026

Signature /s/ Scott Cameron Wienert
Scott Cameron Wienert

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of South Carolina

In re ARTI Cabinets, LLC — Debtor(s)

Case No. ____
Chapter 11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 20,000.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 425.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify): Scott Wienert

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re ARTI Cabinets, LLC Case No. ____________
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 6, 2026
*Date*

/s/ W. Harrison Penn
W. Harrison Penn District ID #11164
*Signature of Attorney*
Penn Law Firm LLC
1517 Laurel Street
Columbia, SC 29201
(803) 771-8836 Fax: (803) 451-2270
hpenn@pennlawsc.com
*Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

# United States Bankruptcy Court
## District of South Carolina

In re ARTI Cabinets, LLC Case No. ______

Debtor(s) Chapter 11

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) ______ computer diskette

(b) ______ scannable hard copy
(number of sheets submitted ______)

(c) ___ electronic version filed via CM/ECF

Date: November 6, 2026

/s/ Scott Cameron Wienert
Scott Cameron Wienert
Signature of Debtor

/s/ W. Harrison Penn
Signature of Attorney
W. Harrison Penn
Penn Law Firm LLC
1517 Laurel Street
Columbia, SC 29201
(803) 771-8836
Typed/Printed Name/Address/Telephone

District ID #11164
District Court I.D. Number

Access Receivables Management
PO Box 752
Hunt Valley, MD 21030

Alabama Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Amazon
410 Terry Avenue N
Seattle, WA 98109

American Express (Amex Plum)
PO Box 981540
El Paso, TX 79998-1540

Ameris Bank / Balboa Capital
575 Anton Boulevard, 12th Fl
Costa Mesa, CA 92626

Arizona Department of Revenue
1600 W. Monroe Street
Phoenix, AZ 85007

BayFirst National Bank
Attn:  SBA Servicing Dept
700 Central Ave, Ste. 100
Saint Petersburg, FL 33701

Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130

Chase
PO Box 15298
Wilmington, DE 19850-5298

CNC Associates NY, Inc. / Coface
c/o Altus Receivables Management
PO Box 1389
Kenner, LA 70063

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

Commonwealth of Massachusetts
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Commonwealth of Pennsylvania
PA Department of Revenue
Bureau of Compliance
PO Box 280946
Harrisburg, PA 17128-0946

Comptroller of Maryland
301 W. Preston Street
Baltimore, MD 21201

David Harned
202 S. Catherine Street, Ste. A
Pickens, SC 29671

Echo Logistics
600 W. Chicago Avenue, Ste. 725
Chicago, IL 60654

Eurocraft Cabinetry
3380 Davie Road, Ste. 703
Fort Lauderdale, FL 33314

Expansion Capital Group
5801 S. Corporate Place
Sioux Falls, SD 57108

Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Fuelman Proprietary
Altus Commercial Receivables
2121 Airline Drive, Ste. 520
Metairie, LA 70001

Georgia Department of Revenue
Central Collections Section
2595 Century Parkway, Ste. 339
Atlanta, GA 30345

Google Account
c/o Commercial Collection Corp of NY, In
34 Seymour Street
Tonawanda, NY 14150

Hardware Resources
PO Box 734308
Dallas, TX 75373-4308

Huntington Bank, fka Cadence Bank
SBA Middle Georgia
Duluth Branch
1970 Satellite Boulevard
Duluth, GA 30097

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures, LLC
Attn: Paul A. Humbert, Esq.
9655 S. Dixie Hwy., Ste. 312
Miami, FL 33156

Jackson Griffeth
1000 Poinsett Hwy
Greenville, SC 29609

Jarlin Cabinetry
7900 NW 60th Street
Miami, FL 33166

JP Morgan Chase Bank, NA
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015

JSI Cabinetry
c/o Jeiny Mideros, Account Manager
485 Commerce Drive
Fall River, MA 02720

LRGistics, LLC
1 Clay Place
Hapeville, GA 30354-1957

Minnesota Dept of Revenue
600 N. Robert Street
Saint Paul, MN 55101

New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor
Trenton, NJ 08695

Newlane Finance
123 S. Broad Street, Ste. 1700
Philadelphia, PA 19109

Ohio Attorney General
150 E. Gay St., 21st Fl
Columbus, OH 43215

OnDeck Capital
1400 Broadway, 25th Floor
New York, NY 10018

PayPal Business Loan
PO Box 45950
Omaha, NE 68145-0950

PayPal Working Capital
PO Box 45950
Omaha, NE 68145-0950

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

Santander Consumer USA
fka Chrysler Capital
PO Box 961245
Fort Worth, TX 76161

SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210

Sherwin Williams
Credit Dept
101 W. Prospect Ave.
Cleveland, OH 44115

Shopify Capital
151 O'Connor Street
Ground Floor
Ottawa, Ontario K2P 2L8

Shopify Credit
151 O'Connor Street, Ground Fl
Ottawa, ON K2P 2L8
CANADA

SNW Properties, LLC
11 Fox Ridge Way
Taylors, SC 29687

Southeastern Freight Lines, Inc.
c/o Bethune & Associates
14435 North 7th Street, Ste. 201
Phoenix, AZ 85022

Spartan Business Solutions, LLC
dba Spartan Capital
1301 Hwy 36, Ste. 15, Bldg. 2
Hazlet, NJ 07730

State of Michigan Treasurer
PO Box 30160
Lansing, MI 48909

Synchrony Bank
PO Box 965060
Orlando, FL 32896-5060

TD Bank, NA
PO Box 9503
Portland, ME 04112-9503

TEG Enterprises
107 Gass Drive
Greeneville, TN 37745

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

TQL Logistics
PO Box 634570
Cincinnati, OH 45263-4570

Trupath Lending, LLC
10 W. Broadway, 6th Floor #45
Salt Lake City, UT 84101

US Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Virginia Department of Revenue
PO Box 1880
Richmond, VA 23218-1880

WebBank
c/o Quick Books Capital
PO Box 842978
Dallas, TX 75284-2978

Wellborn Forest
2212 Airport Boulevard
Alexander City, AL 35010

Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038-8650

Wells Fargo Mastercard
Small Business Credit Cards
PO Box 40310
Mesa, AZ 85274

WEX (Wright Express)
PO Box 6293
Carol Stream, IL 60197-6293

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

# United States Bankruptcy Court
## District of South Carolina

In re ARTI Cabinets, LLC Debtor(s)

Case No.

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ARTI Cabinets, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 6, 2026
Date

/s/ W. Harrison Penn
W. Harrison Penn District ID #11164
Signature of Attorney or Litigant
Counsel for ARTI Cabinets, LLC

Penn Law Firm LLC
1517 Laurel Street
Columbia, SC 29201
(803) 771-8836 Fax:(803) 451-2270
hpenn@pennlawsc.com