**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>ARTI Cabinets, LLC,<br><br>Debtor. | Case No. 26-05222-hb<br><br>Chapter 11<br>Subchapter V |

# MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL, (B) GRANTING REPLACEMENT LIENS, AND (C) ESTABLISHING ADEQUATE PROTECTION AND MEMORANDUM IN SUPPORT

ARTI Cabinets, LLC (the "Debtor"), hereby moves the Court pursuant to 11 U.S.C. §§ 105(a), 361, 363(c)(2) and (e)[1] and Fed. R. Bankr. P. 4001(b) and 9014[2] for an order authorizing the Debtor to use cash collateral on which the (i) Huntington Bank ("Huntington"), (ii) BayFirst National Bank ("BayFirst"), (iii) Corporation Services, (iv) ASSN Company ("ASSN"), (v) CHTD Corporation ("CHTD"), (vi) CT Corporation ("CT"), and (vii) TD Bank may assert, security interests and liens. The Debtor proposes to use the monies generated from the operation of its business, which are absolutely necessary for the continuation of Debtor's business. In support of this Motion, Debtor would show as follows:

## JURISDICTION

1. Debtor filed a voluntary petition for relief under subchapter v of chapter 11 of the Bankruptcy Code on November 6, 2026 (the "Petition Date").

2. Debtor is operating its business and managing its assets as debtor in possession pursuant to §§ 1107, 1108, 1182, and 1184 of the Bankruptcy Code.

3. This Court has subject matter jurisdiction over the Motion pursuant to 28 U.S.C. §1334.

4. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. §157(b)(1).

5. Venue of these proceedings and the Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

[1] Further reference to the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, will be by section number only.
[2] Further reference to the Federal Rules of Bankruptcy Procedure will be rule number only.

6. The statutory basis for relief requested herein are 11 U.S.C. §§ 105(a), 361, 363(c)(2) and (e) and Bankruptcy Rules 4001(b) and 9014.

## *BACKGROUND*

7. The Debtor is a South Carolina limited liability company. The Debtor is a custom cabinet provider operating in Taylors, South Carolina.

8. Huntington is the participating lender with the United States Small Business Administration ("SBA") for loans to the Debtor under the 7a loan program. This loan was funded on December 8, 2021 and the funds were used in the operation of the Debtor's business. The Debtor believes the Huntington loan in the initial amount of $350,000 was perfected by the filing of a UCC Financing Statement on December 21, 2021.

9. BayFirst is the participating lender with the United States Small Business Administration ("SBA") for loans to the Debtor under the 7a loan program. This loan was funded on April 7, 2023 and the funds were used to payoff pre-existing merchant cash advance ("MCA") loans. The Debtor believes the BayFirst loan in the initial amount of $265,000 was perfected by the filing of a UCC Financing Statement on March 16, 2023. There was a second loan with BayFirst with an amount due of approximately $150,000

10. There are a number of UCC-1 Financing Statements that have been filed on a representative basis for unidentified lenders. The Debtor believes that many of these unidentified lenders represent MCA loans that were extinguished by payment. These unidentified lenders purport liens on all assets as follows:

a. Corporation Services, as representative filed on May 4, 2023;
b. ASSN Company filed on November 1, 2023;
c. CHTD Company filed on August 29, 2024;
d. CT Corporation, as representative filed on October 21, 2024;
e. CT Corporation, as representative filed on July 9, 2025;
f. Middesk, Inc, as representative filed on November 6, 2025;
g. Corporation Services, as representative filed on July 20, 2026; and
h. CT Corporation as representative filed on September 15, 2026.

The Debtor disputes the above listed liens to the extent that the holder of the lien cannot be identified by the Debtor.

11. On November 12, 2024, TD Bank, NA ("TD") filed a UCC Financing Statement with the South Carolina Secretary of State. This filing asserts a lien on all assets of the Debtor.

12. The Debtor's use of Cash Collateral in this case is necessary for the continued operation of its business. Debtor needs to pay operational expenses, such as employee wages, property leases, taxes, and insurance.

13. Debtor proposes to use the Cash Collateral as described in the budget attached hereto as **Exhibit A** (the "Budget"). Specifically, Debtor proposes to pay only those expenses itemized in the Budget. Debtor also requests permission to exceed any line item in the Budget that contains a dollar amount as long as Debtor does not exceed the line-item amount requested in the Budget by an amount greater than 10%. If surplus funds are available from Cash Collateral after payment of those expenses set forth in **Exhibit A**, such funds will be held for possible use by the Debtor pending further order of the Court.

**RELIEF REQUESTED**

14. As adequate protection for the use of Cash Collateral, Debtor agrees to provide any Creditor asserting liens in its Cash Collateral with replacement liens on post-petition Cash Collateral to the same extent and in the same priority as their pre-petition liens, for any post-petition diminution in the pre-petition Cash Collateral as well as replacement liens on all other property that may be acquired post-petition by the Debtor with such replacement liens having the same extent and priority as their prepetition liens on such property.

15. Section 363(c)(2) provides that the Debtor may use Cash Collateral if each entity that has an interest in such Cash Collateral consents or if the court authorizes such use after notice and hearing. Among the non-exclusive examples of adequate protection found in §361 is a replacement lien to the extent that use of collateral results in a decrease in its value.

16. Use of Cash Collateral is necessary for the Debtor to maintain its business operations. As the Debtor is continually receiving income from the operation of its business, Cash Collateral is continually being replenished. Therefore, Debtor believes that granting replacement liens to SBA to the same extent and priority of its existing liens should fully protect the creditor asserting liens in Debtor's cash collateral.

17. To date, no creditors have consented to Debtor's use of Cash Collateral according to the terms set forth herein and the proposed interim and final orders on use of cash collateral filed simultaneously herewith.

WHEREFORE, having shown that Debtor's continuing use of Cash Collateral for its ongoing operations is necessary, Debtor seeks interim and final orders authorizing use of such Cash Collateral and requests such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED on this the 6th day of November 2026 at Columbia, South Carolina.

PENN LAW FIRM, LLC

By: /s/W. Harrison Penn

W. Harrison Penn, I.D. #11164
1517 Laurel Street
Columbia, SC 29201
(803) 771-8836/hpenn@pennlawsc.com

*Attorney for the Debtor in Possession*

**Exhibit A**

(Budget)

# ARTI Cabinets LLC d/b/a Wholesale Cabinet Supply

## Debtor-in-Possession Budget

| | Nov 6–30, 2026 | Dec 2026 | Jan 2027 | Feb 2027 | Mar 2027 | Apr 2027 | May 2027 |
|---|---|---|---|---|---|---|---|
| Beginning Cash | $30,000 | $75,296 | $88,254 | $101,713 | $117,585 | $174,020 | $184,107 |
| Income from Sales | $437,500 | $525,000.00 | $495,000.00 | $495,000.00 | $535,000.00 | $515,000.00 | $550,000.00 |
| **Total** | **$467,500** | **$600,296** | **$583,254** | **$596,713** | **$652,585** | **$689,020** | **$734,107** |
| **Cost of Goods** | | | | | | | |
| Materials / Purchased Cabinets / Supplies/Labor | $206,141.93 | $263,871.69 | $257,871.69 | $257,871.69 | $257,871.69 | $263,871.69 | $257,871.69 |
| **Total** | **$206,142** | **$263,872** | **$257,872** | **$257,872** | **$257,872** | **$263,872** | **$257,872** |
| **Expenses** | | | | | | | |
| Payroll & Owner Compensation (incl. insider) | $68,290.29 | $111,166.95 | $91,890.95 | $91,890.95 | $91,890.95 | $111,166.95 | $91,890.95 |
| Payroll Taxes | $4,640.28 | $5,261.33 | $4,667.36 | $4,667.36 | $4,667.36 | $5,261.33 | $4,667.36 |
| Unemployment Taxes | $13.52 | $18.02 | $18.02 | $18.02 | $18.02 | $18.02 | $18.02 |
| Worker's Compensation | $3,847.30 | $1,860.40 | $1,790.90 | $1,790.90 | $0.00 | $1,800.00 | $1,800.00 |
| Sales Tax (5.5% of prior month revenue) | $28,842.04 | $28,842.04 | $28,875.00 | $27,225.00 | $27,225.00 | $29,425.00 | $28,325.00 |
| Rent | $8,200.00 | $8,200.00 | $8,200.00 | $8,200.00 | $8,200.00 | $8,200.00 | $8,580.00 |
| Utilities | $2,201.01 | $2,906.24 | $3,562.67 | $4,398.68 | $5,527.60 | $2,505.03 | $2,623.17 |
| Office/Warehouse Expense and Supplies | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |
| Travel and Entertainment | $500 | $2,500 | $500 | $500 | $500 | $500 | $500 |
| ABC Bookkeepers/Professional Services | $3,090.00 | $2,090.00 | $2,090.00 | $2,090.00 | $2,090.00 | $2,090.00 | $2,090.00 |
| Subchapter V Trustee Fees | $1,000 | $500 | $500 | $500 | $500 | $500 | $500 |
| Insurance | $4,700 | $4,700 | $4,700 | $4,700 | $4,700 | $4,700 | $4,700 |
| Advertising & Marketing | $10,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Delivery / Freight / Vehicle Expense & Repairs | $30,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 |
| Software / Subscriptions | $5,800 | $9,000 | $6,500 | $4,900 | $4,000 | $4,000 | $4,000 |
| Payment Processing Fees | $10,937.50 | $13,125.00 | $12,375.00 | $12,375.00 | $13,375.00 | $12,875.00 | $13,750.00 |
| **Total** | **$186,062** | **$248,170** | **$223,670** | **$221,256** | **$220,694** | **$241,041** | **$221,445** |
| **Cost of Goods & Expenses** | **$392,204** | **$512,042** | **$481,542** | **$479,128** | **$478,566** | **$504,913** | **$479,316** |
| **Totals** | | | | | | | |
| Net Cash Flow (Monthly) | $45,296 | $12,958 | $13,458 | $15,872 | $56,434 | $10,087 | $70,684 |
| **Ending Cash Balance** | **$75,296** | **$88,254** | **$101,713** | **$117,585** | **$174,020** | **$184,107** | **$254,790** |