**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br>ARTI Cabinets, LLC,<br><br>Debtor. | Case No. 26-05222-hb<br>Chapter 11 |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Christine E. Brimm**
**PO Box 1044**
**Pawleys Island, SC 29585**
**(843) 256-6582**
**cbrimm&bartonbrimm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: November 9, 2026

Matthew W. Cheney
Acting United States Trustee
Region Four

By: /s/ Linda K. Barr
LINDA K. BARR
Assistant U.S. Trustee
District of South Carolina
Attorney No. 6284
Department of Justice
Office of United States Trustee
1835 Assembly Street - Suite 953
Columbia, South Carolina 29201
(803) 765-5250