**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>ARTI Cabinets, LLC,<br><br>Debtor. | Case No. 26-05222-hb<br>Chapter 11 |

**OBJECTION OF UNITED STATES TRUSTEE TO DEBTOR'S MOTION TO USE CASH COLLATERAL AND MOTION TO PAY PRE-PETITION WAGES**

The Acting United States Trustee for Region 4 (the "UST") objects and responds to the Debtor's motion to use cash collateral and motion to pay pre-petition wages that were filed on November 6, 2026. [ECF #3 and 4]. The UST files this objection pursuant to the authority granted to him by 28 U.S.C. § 586 and 11 U.S.C. § 307.

**DISCUSSION**

1. On November 6, 2026, the Debtor filed for relief pursuant to chapter 11 of the United States Bankruptcy Code. The Debtor elected to proceed under Subchapter V. Christine Brimm was appointed as the subchapter V trustee. The Debtor filed its bankruptcy schedules and statements with the petition (the "Schedules").

2. On November 6, 2026, the Debtor filed a motion to use cash collateral ("Cash Collateral Motion") and a motion to pay pre-petition wages ("Wage Motion").

3. While the Debtor has filed its schedules and statements, there is limited information on the Debtor's business, what caused its financial difficulties, and how the amounts included in the budgets were determined. It is also not clear which employees are 1099 or W-2

employees and who the insiders are. In regards to insiders, the Debtor should disclose what services are provided by the insiders and that the compensation is commercially reasonable.

4. Upon information and belief, the lessor of the warehouse used by the Debtor is an insider. Schedule G states that the lease began on November 4, 2026. The Debtor should clarify this relationship and the fair market value of the rent paid.

5. The debtor must demonstrate that it is able to make the proposed payments, the source of funds to make such payments, and how the payments are beneficial to the estate.

WHEREFORE, the UST asks the Court to deny the relief sought by the Debtor, unless the Debtor can adequately address each of these objections, and to grant such other relief as is appropriate.

MATTHEW W. CHENEY,
ACTING UNITED STATES TRUSTEE
REGION FOUR

By: /s/ Linda Barr
Linda Barr, Id. 6284
Assistant United States Trustee
Office of the United States Trustee
1835 Assembly St., Suite 953
Columbia, South Carolina 29201
(803) 765-5219
linda.k.barr@usdoj.gov

Date: November 11, 2026

## CERTIFICATE OF SERVICE

I, Linda Barr, do hereby certify that on November 11, 2026, I served the below-named document:

**OBJECTION OF UNITED STATES TRUSTEE TO DEBTOR'S
MOTION TO USE CASH COLLATERAL AND
MOTION TO PAY PRE_PETITION WAGES**

by electronic transmission through the Court's Electronic Case Filing system to the following participants:

W. Harrison Penn, attorney for the debtor
Christie Brimm, sub V trustee

By: /s/ Linda Barr
Linda Barr
Office of the United States Trustee
1835 Assembly St., Suite 953
Columbia, South Carolina 29201
(803) 765-5219
linda.k.barr@usdoj.gov